**FILED**

03/14/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0728

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0728

GBSB HOLDING, LLC,
Plaintiff and Appellant,

v.

FLATHEAD COUNTY BOARD OF COUNTY
COMMISSIONERS AND FLATHEAD COUNTY, M
ONTANA; WHITEFISH VILLAGE, LLC;
WILLIAM F. OSWALD AND JULIANA M. OSWALD,
 Co-Trustees of the Oswald Family Trust dated May 23,
2016; SHAWN PATRICK JAMES AND KRISTIN
PATRICIA  BELL; WHITEFISH HILLS VILLAGE
HOMEOWNERS ASSOCIATION, NC.;
and JOHN DOES 1 AND 2,
Defendants and Appellees.
                    Defendants/Appellants.

        Pursuant to the authority granted under Mont. R. App. P. 26(1), the Appellant is

granted an extension of time up to and including April 17, 2024, to prepare,

file and serve the Appellant's   opening brief.
        ELETORNICALLY SIGNED AND DATED BELOW

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 14 2024